**Order entered April 8, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01137-CR

## NICHOLAS RYAN NADEAU, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-83228-2018**

## ORDER

Before the Court is appellant's April 7, 2020 second motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before May 6, 2020.

/s/     BILL PEDERSEN, III
JUSTICE